STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Lewis Olivier Lauve, Jr.
Bussey & Lauve, LLC
P. O. Drawer 8778
Alexandria LA 71306


**REHEARING ACTION: July 17, 2013**


**Docket Number: 13   00016-WCA**

**ANGELO BRACEY**
**VERSUS**
**CITY OF ALEXANDRIA**

**Appealed from Office of Workers' Compensation - # 2 Case No. 11-04410**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Alexandria** has this day been

    **DENIED.**


cc: Malcolm Xerxes Larvadain, Counsel for the Appellee